1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 FAX

5  Attorneys for Defendant
   LINHBERGH CARLOS ARCEO

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LINHBERGH CARLOS ARCEO,<br><br>　　　　　Defendant. | CASE NO. CR-09-00616 JW<br><br>STIPULATION AND ORDER RESCHEDULING STATUS HEARING AND EXCLUDING TIME |

　　　IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case, currently scheduled for Monday, September 14, 2009, at 1:30 p.m. be vacated and rescheduled for Monday September 28, 2009, at 1:30 p.m.  The parties further stipulate that the Court may exclude the period of time from September 14, 2009 through and including September 28, 2009 from the computation of the period of time within which the trial must commence for the reasons set forth in the proposed order below.

　　　IT IS SO STIPULATED.

DATED:  September 11, 2009　　　CAREY & CAREY


　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　ROBERT E. CAREY, JR. Attorneys for
　　　　　　　　　　　　　　　　Defendant LINHBERGH CARLOS ARCEO

1

2  DATED: September 11, 2009                /s/
3                                            JOHN N. GLANG, Assistant U.S.
                                             Attorney, for Plaintiff UNITED
4                                            STATES OF AMERICA

5

6                                    ORDER

7        Based upon the stipulation of the parties, it is hereby ordered that the
8  status hearing in this case, previously scheduled for Monday, September 14,
9  2009, at 1:30 p.m., be vacated and rescheduled for Monday, September 28,
10 2009.

11       Pursuant to Title 18, United States Code, Section 3161(h), the court
12 excludes the period of time from September 14, 2009 through and including
13 September 28, 2009 from the computation of the period of time within which
14 the trial must commence. The court FINDS that the ends of justice served by
15 the delay outweigh the best interest of the public and the defendant in a
16 speedy trial. The court bases this finding upon the need of the defendant for
17 a reasonable time to effectively prepare for trial, the defendant's request for
18 continuity of counsel and the existence of new or unusual questions of law
19 within the meaning of 18 United States Code Section 3161(h)(8)(B)(ii and iv).

20       IT IS SO ORDERED.

21

22 DATED:  September 11  , 2009      /s/ James Ware
23                                    JAMES WARE
                                      UNITED STATES DISTRICT JUDGE

24

25

26

27

28