ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant
LINHBERGH CARLOS ARCEO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LINHBERGH CARLOS ARCEO,<br><br>　　　　　　Defendant. | CASE NO. CR-09-00616 JW<br><br>STIPULATION AND ORDER RESCHEDULING STATUS HEARING AND EXCLUDING TIME |

IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case, currently scheduled for Monday, September 28, 2009, at 1:30 p.m. be vacated and rescheduled for Monday November 2, 2009, at 1:30 p.m.  The parties further stipulate that the Court may exclude the period of time from September 28, 2009 through and including November 2, 2009 from the computation of the period of time within which the trial must commence for the reasons set forth in the proposed order below.

　　　IT IS SO STIPULATED.

DATED:  September 23, 2009　　　CAREY & CAREY


　　　　　　　　　　　　　　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT E. CAREY, JR. Attorneys for
　　　　　　　　　　　　　　　　　　　　　　　Defendant LINHBERGH CARLOS ARCEO

1
2  DATED: September 23, 2009                    /s/
3                                               JOHN N. GLANG, Assistant U.S.
                                                Attorney, for Plaintiff UNITED
4                                               STATES OF AMERICA
5

6                                       ORDER

7        Based upon the stipulation of the parties, it is hereby ordered that the
8  status hearing in this case, previously scheduled for Monday, September 28,
9  2009, at 1:30 p.m., be vacated and rescheduled for Monday, November 2,
10 2009.
11       Pursuant to Title 18, United States Code, Section 3161(h), the court
12 excludes the period of time from September 28, 2009 through and including
13 November 2, 2009 from the computation of the period of time within which the
14 trial must commence.  The court FINDS that the ends of justice served by the
15 delay outweigh the best interest of the public and the defendant in a speedy
16 trial.  The court bases this finding upon the need of the defendant to complete
17 the investigation in this matter and for the government and defense counsel to
18 explore the issue of a plea.
19       IT IS SO ORDERED.   Further requests for continuance shall be made on the record.
20
21 DATED:  September 25,   , 2009          /s/ James Ware
22                                         JAMES WARE
                                           UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28