1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone:  (408)-535-5084
7      Fax:  (408)-535-5066
       E-Mail: John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION


   UNITED STATES OF AMERICA,        )   No. CR 09-00616-JW
                                    )
              Plaintiff,             )
                                    )   STIPULATION AND [PROPOSED]
              v.                     )   ORDER RESCHEDULING STATUS
                                    )   HEARING AND EXCLUDING TIME
   LINHBERGH CARLOS ARCEO,          )
                                    )
              Defendant.            )
                                    )
   _____

       IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case,

   currently scheduled for Monday, September 13, 2010 at 1:30 p.m., be vacated and rescheduled

   for Monday, October 4, 2010 at 1:30 p.m.  The parties further stipulate that the court may

   exclude the period of time from September 13, 2010 through and including October 4, 2010 from

   the computation of the period of time within which the trial must commence for the reasons set

   forth in the proposed order below.

   It is so stipulated.


   Dated: _____              /s/ _____
                                      JOHN N. GLANG
                                      Assistant United States Attorney

   **STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
   **CR 09-00616-JW**

Dated: _____    _____/s/_____
THOMAS J. FERRITO
Attorney for Linhbergh Carlos Arceo

**[~~PROPOSED~~] ORDER**

Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this case, previously scheduled for Monday, September 13, 2010 at 1:30 p.m., be vacated and rescheduled for Monday, October 4, 2010 at 1:30 p.m.

Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of time from September 13, 2010 through and including October 4, 2010 from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the need of the parties to continue to negotiate a disposition of this case and for the government to seek supervisorial approval of the proposed plea agreement, and to afford counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

It is so ordered:

Dated: September 9, 2010    _____/s/ James Ware_____
JAMES WARE
United States District Judge