```
 1   MELINDA HAAG (CABN 132612)
     United States Attorney
 2
     BRIAN J. STRETCH (CABN 163973)
 3   Chief, Criminal Division

 4   JOHN N. GLANG (GUAMBN 94012)
     Assistant United States Attorney
 5
        150 Almaden Boulevard, Suite 900
 6      San Jose, California 95113
        Telephone:  (408)-535-5084
 7      Fax:  (408)-535-5066
        E-Mail: John.Glang@usdoj.gov
 8
     Attorneys for Plaintiff
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00616-JW |
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] |
| v. | ) ) | ORDER RESCHEDULING STATUS HEARING AND EXCLUDING TIME |
| LINHBERGH CARLOS ARCEO, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case, currently scheduled for Monday, October 4, 2010 at 1:30 p.m., be vacated and rescheduled for Monday, November 1, 2010 at 1:30 p.m.  The parties further stipulate that the court may exclude the period of time from October 4, 2010 through and including November 1, 2010 from the computation of the period of time within which the trial must commence for the reasons set forth in the proposed order below.

//

//

//

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 09-00616-JW**

It is so stipulated.

Dated: ____9-29-10_____                     _____/s/_____
                                              JOHN N. GLANG
                                              Assistant United States Attorney

Dated: _____9-29-10_____                     _____/s/_____
                                              THOMAS J. FERRITO
                                              Attorney for Linhbergh Carlos Arceo

## [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this case, previously scheduled for Monday, October 4, 2010 at 1:30 p.m., be vacated and rescheduled for Monday, November 1, 2010 at 1:30 p.m.

Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of time from October 4, 2010 through and including November 1, 2010 from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the need of the parties to continue to negotiate a disposition of this case and for the government to review additional evidence and arguments submitted to it by the defendant, and to afford counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

It is so ordered:

Dated: __September 30, 2010__                 _____/s/ James Ware_____
                                              JAMES WARE
                                              United States District Judge