1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408)-535-5084
7    Fax: (408)-535-5066
     E-Mail:  John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,           )   No. CR 09-00616-JW
                                        )
15              Plaintiff,              )
                                        )   STIPULATION AND [PROPOSED]
16          v.                          )   ORDER RESCHEDULING SENTENCING
                                        )   HEARING
17  LINHBERGH CARLOS ARCEO,             )
                                        )
18              Defendant.              )
                                        )
19

20      IT IS HEREBY STIPULATED between the parties with good cause appearing therefore,

21  and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant

22  in the above-entitled case, currently scheduled for Monday, January 24, 2011 at 1:30 p.m., be

23  continued and a new sentencing hearing date of Monday, February 28, 2011 at 1:30 p.m. is

24  hereby set.

25  It is so stipulated:

26  Dated: _1-12-11_____              _____/s/_____
                                           JOHN N. GLANG
27                                         Assistant U.S. Attorney

28

**STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING HEARING**
**CR 09-00616-JW**

It is so stipulated:

Dated: __1-12-11_____                    _____/s/_____
                                              THOMAS J. FERRITO
                                              Attorney for Linhbergh Carlos Arceo

[~~PROPOSED~~] ORDER

    Based upon the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Monday, January 24, 2011 at 1:30 p.m., be continued and a new sentencing hearing date of Monday, February 28, 2011 at 1:30 p.m. is hereby set.
The Probation Officer has also been contacted and is available on the requested date.

It is so ORDERED:

Dated: __January 14, 2011__                    _____/s/ James Ware_____
                                               JAMES WARE
                                               United States District Chief Judge

**STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING HEARING
CR 09-00616-JW**                                2