IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br>v.<br><br>LINHBERGH CARLOS ARCEO,<br><br>Defendant(s). | CASE NO. 5:09-cv-00616 EJD<br><br>**ORDER DENYING DEFENDANT'S APPLICATION FOR CERTIFICATE OF APPEALABILITY**<br><br>[Docket Item No(s). 62] |

On November 29, 2012, this court denied Defendant Linhbergh Carlos Arceo's ("Defendant") motion pursuant to 28 U.S.C. § 2255. See Docket Item No. 60. The court also declined to issue a certificate of appealability upon a finding that Defendant had not presented a constitutional issue meeting the standard articulated in Slack v. McDaniel, 529 U.S. 473, 484 (2000) (holding that a petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."). Indeed, the court determined that Defendant had not "made a substantial showing of the denial of a constitutional right."

Presently before the court is Defendant's Application for Certificate of Appealability (see Docket Item No. 62), which the court has construed as a motion to reconsider the previous order declining such relief. Having reviewed the motion in its entirety, the court finds no reason to depart from its prior determination. Accordingly, Defendant's motion is DENIED. To the extent Defendant also moves to set aside the order denying the § 2255 motion, that request is also DENIED.

**IT IS SO ORDERED.**

Dated: January 15, 2013

EDWARD J. DAVILA
United States District Judge