LINHBERGH CARLOS ARCEO
Fed. Reg. No. 13136-111
Federal Correctional Institution
3600 Guard Rd.
Lompoc, CA 93436

in Pro Se

FILED

JUL 18 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LINHBERGH CARLOS ARCEO,<br><br>    Defendant. | CASE NO. CR-09 00616 JW EJD<br><br>MOTION FOR CREDIT FOR TIME SERVED IN AN OFFICIAL DETENTION, PURSUANT TO 18 U.S.C. § 3585(b)<br>[ADDENDUM ATTACHED IN SUPPORT] |

COMES NOW, the above named Defendant, in pro se, and moves this Honorable Court for an Order to reflect credit for time spent in an official detention, due to the fact that he was in fact arrested for this offense on or about July 12, 2008, and the fact that his current record in the Federal Bureau of Prisons, reflects a totally different amount of time credited towards his term of imprisonment.

Please find attached herewith, a copy of an official document entitled as "Defendant Information Relative to a Criminal Action - in U.S. District Court," which confirms the case number and the date of the arrest, which is 7/12/2008.

WHERFORE, Defendant, hereby prays that this Honorable Court grants his motion reflecting the appropriate corrected time spent in an official detention, which renders all of his time effectively credited towards his current term being served.

Dated: July 10, 2016

Respectfully submitted,

_____
LINHBERGH CARLOS ARCEO,
Defendant

## ADDENDUM IN SUPPORT

Please find attached hereby, attached addendum in support of Defendant's Motion for Credit for Time Served in an Official Detention, pursuant to Title 18 U.S.C. § 3585(b), whereby it gives official proof of official documentation indicating the date of his arrest, as well as documents that are part of his Presentence Report ("PSR"), as well as various official denials handed by the staff of the Federal Bureau of Prisons ("BOP"), marked as Exhibits B, C, and D.

WHEREFORE, the Defendant prays that this Honorable Court fully examines all of these pertinent documents, that clarify his claim that he was in fact arrested on July 12, 2008, and whereby the Probation Department stipulates in its PSR, that "it would appear that the defendant should be entitled to federal credits from July 12, 2008."

The above said Defendat, further prays that this Honorable Court grants his request, and issues and Order which clarifies to the BOP, that he in fact is now entitled to the time he served/spent in an official detention thereby.

Dated: July 10, 2016                    Respectfully submitted,

                                        _____
                                        LINHBERGH CARLOS ARCEO,
                                        Defendant, in Pro Se

EXHIBIT "A"
Case5:09-cr-00616-EJD   Document3-1   Filed06/17/09   Page1 of 3

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
SEE ATTACHED PENALTY SHEET

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
SEE ATTACHED PENALTY SHEET

**DEFENDANT - U.S.**
▶ LINHBERGH CARLOS ARCEO

**DISTRICT COURT NUMBER**
CR-09 00616 JW

Filed
JUN 17 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
FBI SPECIAL AGENT RYAN DWYER

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y   ☐ Defense

☑ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.
08-70440-HRL

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   JOHN N. GLANG

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☑ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l   ☑ State

If answer to (6) is "Yes", show name of institution
CALIF. STATE PRISON - NORTH KERN (DELANO)

Has detainer been filed?   ☐ Yes   ☑ No   } If "Yes" give date filed   Month/Day/Year

DATE OF ARREST ▶   7/12/2008

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

## LINHBERGH CARLOS ARCEO
### Docket Number: CR 09-00616-01 JW

1. On July 12, 2008, Arceo was arrested for the instant offense by officers from the San Benito County Sheriff's Department (SBCSD). He remained in state custody and was sentenced to the California Department of Corrections and Rehabilitation (CDCR), as noted below. On June 24, 2009, the Honorable Patricia V. Trumbull, U.S. Magistrate Judge, issued a Writ of Habeas Corpus Ad Prosequendum for Arceo, who was serving two separate state prison commitments, including a 3-year term in San Benito County Superior Court Docket No. CR 08-02368, imposed on December 17, 2008, for a violation of California Penal Code (CPC) § 12025(a)(1) - Having a Concealed Weapon in a Vehicle, a felony. This San Benito County case is directly related to the instant offense (see USSG §4A1.2(a)(1)). The second state court case, a 16-month term, imposed on April 16, 2009, in Santa Clara County Superior Court Docket No. CC804181 (CPC § 459/460(b) - Second Degree Burglary - Entering With Intent to Commit Theft, a felony), occurred on April 28, 2008, and is NOT related to the instant offense. On July 14, 2009, Arceo was transferred from state custody to federal custody on the Writ for the instant offense, but continued to serve his state prison sentence, until March 6, 2010, when he was "paroled," but remained in federal custody. Since the Santa Clara County case was ordered to run concurrently with the San Benito County case, commencing on April 16, 2009, it would appear that the defendant should be entitled to federal credits from July 12, 2008, until April 15, 2009, while he was serving state time exclusively for the related San Benito County matter, and from March 7, 2010, forward, having completed the concurrent state sentence on March 6, 2010. On July 16, 2009, Arceo made his initial appearance for the instant offense before the Honorable Judge Trumbull, who remanded the defendant to the custody of the U.S. Marshal Service (USMS), where he has remained, pending the resolution of this case.

687174-R1
FCI Lompoc

This is in response to your Regional Administrative Remedy Appeal of the Warden's response dated May 24, 2012. You are requesting prior custody credit for time spent in custody on federal writ.

We have investigated your appeal and agree with the Warden's response to you. On July 14, 2009, while in state custody, you were released to the United States Marshals via writ of habeas corpus ad prosequendum. While on federal writ, your state sentence continued to run. On March 6, 2010, while on federal writ you were paroled by the state to federal authority. You were sentenced in federal court on February 28, 2011, to a term of 240 months. All time spent in custody on federal writ until March 6, 2010, was credited to your state sentence and cannot be applied to your federal sentence. You received federal pre-sentence (jail) credit from March 7, 2010, until February 28, 2011, the day before your federal sentence was imposed.

According to law, the Bureau of Prisons cannot credit your federal sentence with time in custody that was credited to another sentence. Title 18 U.S.C. 3585(b), <u>Credit for Prior Custody</u>, states, "Defendant shall be given credit toward the service of a term of imprisonment for any time he has spent in official detention prior to the date the sentence commences . . . that has not been credited against another sentence." Program Statement 5880.28, <u>Sentence Computation Manual-CCCA</u>, states, "Time spent in custody under a writ of habeas corpus from non-federal custody will not in and of itself be considered for the purpose of crediting presentence time. The primary reason for 'writ' custody is not the federal charge. The federal court merely 'borrows' the prisoner under the provisions of the writ for secondary custody." You have been credited for your pre-sentence time in custody, as allowed by law.

Based on the above information, your request for administrative remedy is denied. If dissatisfied with this response, you may appeal to the Office of the General Counsel, Bureau of Prisons, 320 First Street, NW, Washington, D.C., 20534. Your appeal must be received in the General Counsel's Office within 30 days of the date of this response.

6/29/12
DATE

Robert E. McFadden, Regional Director

RESPONSE TO INMATE REQUEST TO STAFF MEMBER AT DSCC-SIERRA TEAM

Name: Arceo, Linhbergh Carlos

Register: 13136-111

This is in response to your Request to a Staff Member at the Designation and Sentence Computation Center (DSCC), received February 21, 2012, in which you are questioning the accuracy of your sentence computation. You were granted a total of 358 days of jail credit from March 7, 2010 through February 27, 2011. Your sentence began to run on February 28, 2011. You are not entitled to receive credit for time spent in service of another sentence. Therefore, you are not entitled to receive any additional jail credit.

I hope this information was helpful.

afw---

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I, <u>LINDHBERGH CARLOS ARCEO</u>, hereby certify that I have |
| 3 | served a true and correct copy of; |
| 4 | MOTION FOR CREDIT FOR TIME SERVED IN AN |
| 5 | OFFICIAL DETENTION, PURSUANT TO 18 U.S.C. § 3585(b) [ADDENDUM ATTACHED IN SUPPORT] |

[which is considered filed/served at the moment it was delivered to prison authorities for mailing as provided for in Houston v. Lack, 487 U.S. 266, 101 L.Ed.2d 245 (1988)] to the following listed parties/persons by placing a complete copy of the above described materials in a sealed envelope affixed with the appropriate pre-paid first-class United States postage:

Clerk
U.S. District Court
Northern District of California
P.O. Box 36060
San Francisco, CA 94102-5162

U.S. Attorney's Office
Northern District of California
450 Goldengate Ave.
San Francisco, CA 94102

and deposited same with prison officials here at the Federal Correctional Institution in Lompoc, California, on this the <u>20th.</u> day of <u>June</u>, 20<u>16</u>.

Pursuant to Title 28, United States Code section 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this the <u>20th</u> day of <u>June</u>, 20<u>16</u>.

(Signature) _L. Carlos Arceo_
Printed Name: LINGHBERGH CARLOS ARCEO
Federal Register #13136-111
Federal Correctional Institution (Low)
3600 Guard Road, Lompoc, CA 93436-2705
No Telephone/Fax/E-Mail Available