# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

**FILED**

AUG 08 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

United States of America
v.
Linhbergh Carlos Arceo

Case No: CR-09-00616-001 EJD

USM No: 13136-111

Date of Original Judgment: 03/04/2011
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Gabriela Bischof (AFPD)
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __240__ months **is reduced to** __160 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __03/04/2011__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __8/8/16__

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable Edward J. Davila, U.S. District Judge
*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Linhbergh Carlos Arceo
CASE NUMBER: CR-09-00616-001 EJD
DISTRICT: Northern District of California

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: __31__     Amended Total Offense Level: __29__
Criminal History Category: __V__         Criminal History Category: __V__
Previous Guideline Range: __168__ to __210__ months   Amended Guideline Range: __140__ to __175__ months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS